```
                       United States Bankruptcy Court
                          Northern District of Ohio
```

In re:                                                   Case No. 15-17206-jps
Mark A. Valjato                                          Chapter 7
Patricia N. Waugaman
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0647-1          User: klamu              Page 1 of 1               Date Rcvd: Aug 16, 2016
                              Form ID: pdf826          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db/db         +Mark A. Valjato,   Patricia N. Waugaman,   227 Lear Road,   Avon Lake, OH 44012-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: ally@ebn.phinsolutions.com Aug 16 2016 22:05:39     Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK NA
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              Joel K. Jensen    on behalf of Creditor    JPMORGAN CHASE BANK NA nohbk@lsrlaw.com
              Marvin A. Sicherman    sicherman_trustee@dsb-law.com, msicherman@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Mark A. Valjato docket@ohbksource.com,
               debra@ohbksource.com
              William J. Balena    on behalf of Debtor Patricia N. Waugaman docket@ohbksource.com,
               debra@ohbksource.com
                                                                                             TOTAL: 4

**IT IS SO ORDERED.**

Dated: 16 August, 2016 01:41 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Mark A Valjato | ) | Case No. 15-17206 |
|     & Patricia N Waugaman | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | **ORDER FOR PAYMENT OF** |
| | ) | **FEES AND EXPENSES** |

*********************************************************************

After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(6) (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Marvin A. Sicherman | $1093.12 |
| TRUSTEE EXPENSES: | Marvin A. Sicherman | $   3.97 |
| ATTORNEY FOR TRUSTEE FEES: | | $0 |
| ATTORNEY FOR TRUSTEE EXP.: | | $0 |
| ATTORNEY FOR DEBTOR FEE: | | $0 |
| ATTORNEY FOR DEBTOR EXP.: | | $0 |
| ACCOUNTANT FEE: | | $0 |
| ACCOUNTANT EXP.: | | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | | $0 |
| OTHER: | | $0 |

FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT:

| | |
|---|---|
| RE-OPENING | $0 |
| COMPLAINTS | $0 |
| NOTICE FEES | $0 |
| LABELS/COPIES | $0 |

Total Fees Payable To The Clerk, U.S. Bankruptcy Court:  $0

IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.

Served the following parties via Email/Bankruptcy Noticing Center.

Marvin A. Sicherman, Chapter 7 Trustee
Daniel M. McDermott, U.S. Trustee

By: K.Lamuth